**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 2:11 - MJ -0237 KJN |
| | ) | |
| v. | ) | |
| | ) | |
| MATTHEW RAY AUSBORN | ) | |

**FILED**
JUN 1 4 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum          () Ad Testificandum

Name of Detainee:     MATTHEW RAY AUSBORN
Detained at (custodian):     Oregon State Correctional Institute

Detainee is:     a.)   (X) charged in this district by:  () Indictment  () Information  (X) Complaint
                         charging detainee with: Theft of Stolen US Mail
    or   b.)   () a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)   (X) return to the custody of detaining facility upon termination of proceedings
    or   b.)   () be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary **July 2, 2012** in the Eastern District of California.*

Signature:     /s/ Michelle Rodriguez
Printed Name & Phone No:     Michelle Rodriguez (916) 554-2773
Attorney of Record for:     United States of America

## WRIT OF HABEAS CORPUS
(X) Ad Prosequendum         () Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *July 2, 2012*, before an Honorable Magistrate Judge, 501 I Street, 8th Floor, Sacramento, California, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: 6/14/12

_____
United States District/Magistrate Judge

Please provide the following, if known:

AKA(s) (if applicable):                                  Gender: Male
Booking or CDC #:     19072123                DOB: 02/05/1980
Facility Address:     3405 Deer Park Dr. SE,    Race: White
                     Salem, OR 97310           FBI #:
Facility Phone:     (503)373-0100
Currently Incarcerated For:     Theft of Stolen US Mail

## RETURN OF SERVICE

Executed on _____     By: _____
                                                                       (Signature)