UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA ) 2:11 - MJ -0237 KJN
)
v. )
)
MATTHEW RAY AUSBORN )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
(X) Ad Prosequendum                    () Ad Testificandum

Name of Detainee:            MATTHEW RAY AUSBORN
Detained at (custodian):     Oregon State Correctional Institute

Detainee is:        a.)    (X) charged in this district by:  ( ) Indictment  ( ) Information  (X) Complaint
                            charging detainee with: Theft of Stolen US Mail
          or        b.)    ( )  a witness not otherwise available by ordinary process of the Court

Detainee will:      a.)    (X) return to the custody of detaining facility upon termination of proceedings
          or        b.)    ( )  be retained in federal custody until final disposition of federal charges, as a
                            sentence is currently being served at the detaining facility

   *Appearance is necessary August 8, 2012  in the Eastern District of California.*

                    Signature:                  /s/ Michelle Rodriguez
                    Printed Name & Phone No:     Michelle Rodriguez (916) 554-2773
                    Attorney of Record for:      United States of America

### WRIT OF HABEAS CORPUS
        (X) Ad Prosequendum                    () Ad Testificandum

       The above application is granted and the above-named custodian, as well as the United States Marshal's Service
for this district, is hereby ORDERED to produce the named detainee, *August 8, 2012,* before an Honorable Magistrate
Judge, 501 I Street, 8th Floor, Sacramento, California, and any further proceedings to be had in this cause, and at the
conclusion of said proceedings to return said detainee to the above-named custodian.

Date: June 21, 2012

                              /s/ Gregory G. Hollows
                    UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

AKA(s) (if applicable):      _____              Gender: Male
Booking or CDC #:            19072123                 DOB:  02/05/1980
Facility Address:            3405 Deer Park Dr. SE.    Race:  White
                             Salem, OR 97310           FBI #:
Facility Phone:              (503)373-0100
Currently Incarcerated For:  Theft of Stolen US Mail

### RETURN OF SERVICE

Executed on    _____        By: _____
                                                        (Signature)