HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M. SCOBLE, #237432
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CHRISTINA BARRIOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-CR-00233 JAM |
| Plaintiff, | |
| v. | STIPULATION REGARDING RESTITUTION |
| CHRISTINA BARRIOS, MATTHEW AUSBORN, | Date: June 4, 2013<br>Time: 9:45 a.m.<br>Judge: Hon. John A. Mendez |
| Defendants. | |

IT IS HEREBY stipulated between the United States of America, through its undersigned counsel, Assistant U.S. Attorney Michelle Rodriguez, and defendant Christina Barrios, through her undersigned counsel Matthew M. Scoble, and defendant Matthew Ausborn, through his undersigned counsel, Michael Bigelow, that the total amount of restitution owed for their offenses is $3,332.00. All parties further stipulate that the restitution is to be paid to the victims in the itemized amounts as set forth in the Restitution Addendum, Docket No.

39. The defendants shall be jointly and severally liable for the total amount of restitution owed.

The Restitution Memorandum sets forth two [2] individuals that, as of the date of the writing, had not contacted the Probation Officer. Those individuals are identified as Andrew HANSON and Rajiv SOWAL [Dkt. No. 39; page 3]. As of today's date, these individuals have not contacted the Probation Officer. No restitution is being recommended for either HANSON or SOWAL and all parties stipulate that no restitution is due to them.

Upon the Court's approval of the above stipulation, the parties further stipulate that the Restitution Hearing set for June 4, 2013 is not necessary and may be dropped from the calendar.

Dated: June 3, 2013

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

/s/ Matthew M. Scoble
MATTHEW M. SCOBLE
Assistant Federal Defender
Attorney for Defendant
CHRISTINA BARRIOS

Dated: June 3, 2013         /s/ Matthew M. Scoble for
MICHAEL BIGELOW, Esq.
Attorney for Defendant
MATTHEW AUSBORN

Dated: June 3, 2013         /s/ Matthew M. Scoble for
MICHELLE RODRIGUEZ
Assistant U.S. Attorney

//

//

**O R D E R**

The Court orders that restitution be paid in amounts totaling $3,332.00, apportioned to individual victims as set forth in the Restitution Addendum, Docket No. 39. The Court orders that no restitution is due to Andrew HANSON or Rajiv SOWAL. The Court further orders that defendants Barrios and Ausborn shall be jointly and severally liable for the ordered restitution. The June 4, 2013, Restitution Hearing is dropped from the calendar.

Dated: 6/3/2013

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge